

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00021-CV

_____

BRUCE BERG, ET AL., Appellant

V.

HALO COMPANIES, INC., ET AL., Appellee

On Appeal from the 191st District Court
Dallas County, Texas
Trial Court No. DC-11-15415

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Counsel for Bruce Berg, et al., appellants, has filed an uncontested motion asking this Court to abate their pending appeal. The request stems from a federal district court order prohibiting appellants from continuing with this litigation in the face of the pending action in federal court. The parties suggest that abatement is proper in the interest of judicial economy and to preserve what remains of the property to ultimately be divided among any winning parties.

Although we agree that allowing a brief delay is a reasonable course of action, we do not agree that an indefinite abatement is appropriate. Accordingly, the motion to abate is denied.

At present, the only deadline before this Court involves the clerk's record, which was due to be filed by May 19, 2014. In the interest of judicial economy and in order to accommodate the parties, we grant an extension of time to file the record. The appellate record is therefore due within thirty days of the date of this order, on or before June 30, 2014. Any additional requests for extension should be filed on or before the due date of the record. In the absence of such requests, the appeal may be subject to dismissal for want of prosecution.

IT IS SO ORDERED.

BY THE COURT

Date:   May 29, 2014